<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1188**

In Re: MAURICE BROWN,

            Petitioner.

On Petition for Writ of Mandamus.
(3:97-cr-00126-FDW-1)

Submitted:  May 29, 2008                Decided:  June 4, 2008

Before TRAXLER, GREGORY and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Maurice Brown, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Brown petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his petition for writ of error coram nobis, in which he claimed he had received ineffective assistance of counsel. He seeks an order from this court directing the district court to act. Our review of the district court docket sheet reveals that Brown has since been provided with new counsel. Accordingly, because the district court has provided Brown with the relief requested in his coram nobis petition, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>